IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HIRAM PATTERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 3:17-CV-2361-D |
| | § | |
| MIKE RAWLINGS, et al., | § | |
| | § | |
| Defendants. | § | |

## TEMPORARY RESTRAINING ORDER

Plaintiff's September 6, 2017 motion for temporary restraining order is granted. Defendants, their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with them who receive actual notice of this order by personal service or otherwise are hereby RESTRAINED from removing the Confederate Monuments identified in plaintiff's complaint pending further order of the court. No bond is required for this order to take effect.

The court sets plaintiff's motion for temporary restraining order for a hearing on Thursday, September 7, 2017 at 1:30 p.m.

**SO ORDERED**.

September 6, 2017 at 3:34 p.m.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE