IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
DALLAS DIVISION

| | | |
|---|---|---|
| Texas Division, | § | |
| Sons of Confederate Veterans, Inc., | § | |
| Plaintiffs, | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| Mike Rawlings, | § | |
| In His Official Capacity as | § | |
| Mayor of the City of Dallas, and | § | Civil Action No. 3:17-cv-2361-SF |
| Scott Griggs, Adam Medrano, | § | |
| Casey Thomas, II, Dwaine Caraway, | § | |
| Rickey Callahan, Omar Narvaez, | § | |
| Keven Felder, Tennell Atkins, | § | |
| Mark Clayton, Adam McGough, | § | |
| Lee Kleinman, Sandy Greyson, | § | |
| Jennifer Gates, Philip Kingston, | § | |
| In Their Official Capacities as | § | |
| Members of the Dallas | § | |
| City Council, | § | |
| Defendants. | § | |

PLAINTIFF'S NOTICE OF APPEARANCE CO-COUNSEL

TO THE HONORABLE JUDGE SYDNEY FITZWATER:

NOW COMES Plaintiffs, Hiram Monroe Patterson and Texas Division, Sons of Confederate Veterans, Inc and files this Notice of Appearance of Co-Counsel. In support thereof, Plaintiffs respectfully shows the Court the following:

1.  Plaintiffs hereby notifies the Court that David D. Vandenberg will appear as co-counsel along with the existing defense counsel in this case. For now, Mr. Lyons will remain lead counsel and attorney in charge.

2.  Mr. Vandenberg is a member in good standing of the State Bar of Missouri and of the federal Bar of the Norther District of Texas. He may be contacted at the following address:

David D. Vandenberg
MO Bar Number: 69873
3603 D Las Colinas Drive
Austin, TX 78731
(512) 373-8694
davidvandenberg@utexas.edu

Respectfully submitted,

This 07 day of September 2017

_____/s/___David D. Vandenberg___
David D. Vandenberg
MO Bar Number: 69873
3603 D Las Colinas Drive
Austin, TX 78731
(512) 373-8694
davidvandenberg@utexas.edu


/s KIRK DAVID LYONS
Texas Bar No. 12743500
P.O. Box 1235
Black Mountain, N.C. 28711
E-mail kdl@slrc-csa.org
Tel. (828) 669-5189

CERTIFICATE OF SERVICE

I certify that on September 7, 2017, a copy of this Plaintiff's Notice of
Appearance ofCo-Counsel  was delivered electronically on defendant's counsel
Larry Casto. .

_____/s/___David D. Vandenberg___
David D. Vandenberg
MO Bar Number: 69873
3603 D Las Colinas Drive
Austin, TX 78731
(512) 373-8694
davidvandenberg@utexas.edu