IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HIRAM PATTERSON and TEXAS DIVISION, SONS OF CONFEDERATE VETERANS, INC., | § § § § | |
| Plaintiffs, | § § | Civil Action No. 3:17-CV-2361-D |
| VS. | § § | |
| MIKE RAWLINGS, In His Official Capacity as Mayor of the City of Dallas, et al., | § § § § | |
| Defendants. | § | |

## ORDER

The court on September 7, 2017 conducted a hearing to consider whether the temporary restraining order entered in this case on September 6, 2017 should be extended or dissolved. All parties were represented by counsel, who presented oral argument. At the conclusion of the hearing, the court stated on the record its findings of fact and conclusions of law.

Accordingly, for the reasons stated on the hearing record, it is ordered that the temporary restraining order entered in this case on September 6, 2017 is hereby DISSOLVED, and plaintiffs' application for a temporary restraining order is DENIED.

**SO ORDERED**.

September 7, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE