**No Subject**

kdl@slrc-csa.org [kdl@slrc-csa.org]

Sent: 9/15/2017 6:02 PM
To: "Kirk Lyons" <kdl@slrc-csa.org>

To: Clerk, Fitzwater_Orders@txnd.uscourts.gov
Stacy Jordan Rodriguez    stacy.rodriguez@dallascityhall.com,
leah.tuccelli@dallascityhall.com

# Subject: 3:17-cv-02361-D
# Attached Certificate of service for filing

Kirk D. Lyons
kdl@slrc-csa.org
828-712-2115

Copyright © 2003-2017. All rights reserved.