_____

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

_____

| | |
|---|---|
| Hiram Patterson, Texas Division, § <br> Sons of Confederate Veterans, Inc., § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> Mike Rawlings, § <br> In His Official Capacity as § <br> Mayor of the City of Dallas, and § <br> Scott Griggs, Adam Medrano, § <br> Casey Thomas, II, Dwaine Caraway, § <br> Rickey Callahan, Omar Narvaez, § <br> Keven Felder, Tennell Atkins, § <br> Mark Clayton, Adam McGough, § <br> Lee Kleinman, Sandy Greyson, § <br> Jennifer Gates, Philip Kingston, § <br> In Their Official Capacities as § <br> Members of the Dallas § <br> City Council, § <br> Defendants. § | Civil Action No. 3:17-CV-02361-D |

_____

## PLAINTIFFS' NOTICE OF APPEARANCE OF CO-COUNSEL
_____

TO THE HONORABLE JUDGE SIDNEY A. FITZWATER:

NOW COME plaintiffs, Hiram Patterson and the Texas Division, Sons of Confederate Veterans, Inc., and submit this Notice of Appearance and Co-Counsel.   In support thereof, plaintiffs respectfully show the Court the following:

1.    Plaintiffs hereby notify the Court that Ross Miracle will appear as co-counsel with the current counsel in this case.

2.    Mr. Miracle is a member in good standing with the State Bar of Texas and the Bar of the Federal District Court for the Northern District of Texas.  He may be contacted at the following address:

> Ross Miracle
> Texas Bar No. 24070283
> 291 Old Mill Road
> Sunnyvale, Texas 75182
> Tel. (214) 762-9235
> rosscmiracle@gmail.com

Respectfully submitted this November 10, 2017.

/s/ KIRK DAVID LYONS                    /s/ David D. Vandenberg
Texas Bar No. 12743500                  Mo. Bar No. 69873
P.O. Box 1235                           3603D Las Colinas Drive
Black Mountain, N.C. 28711              Austin, Texas 78731
E-mail kdl@slrc-csa.org                 E-mail davidvandenberg@hotmail.com
Tel. (828) 669-5189                     Tel. (512) 373-8694
Fax (828) 575-5290

## CERTIFICATE OF SERVICE

I certify that on November 10, 2017, a copy of Plaintiffs' Notice of Appearance of Co-Counsel was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorney in charge for defendants, Mike Rawlings, et al.

Charles S. Estee
Office of the City Attorney
1500 Marilla Street
Dallas, Texas 75201
Tel. (214) 670-3519
charles.estee@dallascityhall.com

/s/ David D. Vandenberg