# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS,
# DALLAS DIVISION

| | | |
|---|---|---|
| Hiram Patterson, et al., *Plaintiffs* | § § § | |
| v. | § § | Civil Action No. 3:17-CV-02361-D |
| Mike Rawlings, et al., *Defendants.* | § § § | |

## PLAINTIFFS' MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Mr. Ross C. Miracle asks this Court to allow him to withdraw as attorney and to substitute Mr. Warren Norred as counsel.

### A.   INTRODUCTION

1) Plaintiffs are Mr. Hiram Patterson, plaintiff; the Texas Division, Sons of Confederate Veterans, Inc.; defendants are Messrs. Mike Rawlings, Mayor of Dallas, Scott Griggs, Adam Medrano, Casey Thomas, Dwaine Caraway, Rickey Caraway, Omar Narvaez, Kevin Felder, Tennell Atkins, Mark Clayton, Adam McGough, Lee Kleinman, Sandy Greyson, Philip Kingston, and Mrs. Jennifer Gates, in their official capacities as officers of the City of Dallas.

2) Plaintiffs have sued defendants for denial of plaintiffs' right to free speech under the First Amendment, as applied to the states under the Fourteenth Amendment.

## B.  ARGUMENT

3) Mr. Miracle has good cause for this Court to grant this motion to withdraw and substitute counsel, as Mr. Miracle's caseload prevents him from continuing on this case in a meaningful manner.

4) Allowing Mr. Miracle to withdraw as counsel will not delay these proceedings.

5) The clients agree to the substitution.

6) The Court has set no trial date, nor deadlines in this case.

7) The new attorney is Mr. Warren Norred, 200 East Abram Street, Suite 300, Arlington, Texas 76010, Tel. (817) 704-3984.  Texas Bar No. 24045094.

## C.  CONCLUSION

8) For these reasons, Mr. Miracle asks this Court to grant his motion to withdraw and substitute Mr. Norred as counsel.

Respectfully submitted this December 11, 2017.

| | |
|---|---|
| /s/ David D. Vandenberg<br>Mo. Bar No. 69873<br>Admitted to No. Dist. Tex.<br>3603D Las Colinas Drive<br>Austin, Texas 78731<br>davidvandenberg@hotmail.com<br>Tel. (512) 373-8694 | /s KIRK DAVID LYONS<br>Texas Bar No. 12743500<br>P.O. Box 1235<br>Black Mountain, NC 28711<br>kdl@slrc-csa.org<br>Tel. (828) 669-5189<br>FAX (828) 575-5290 |
| /s/ Ross C. Miracle<br>Texas Bar No. 24070283<br>281 Old Mill Road<br>Sunnyvale, Texas 75182<br>rosscmiracle@gmail.com<br>Tel. (214) 762-9235 | /s/ Warren Norred<br>Texas Bar No. 24045094<br>200 East Abram Street, Suite 300<br>Arlington, Texas 76010<br>wnorred@norredlaw.com<br>Tel. (512) 794-3984 |

COUNSEL FOR PLAINTIFFS

_____

### CERTIFICATE OF SERVICE

I certify that on December 11, 2017, a copy of Plaintiffs' Motion to Withdraw and Substitute Counsel was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorney in charge for defendants, Mike Rawlings, et al.

Charles S. Estee
Office of the City Attorney
1500 Marilla Street
Dallas, Texas 75201
Charles.estee@dallascityhall.com
Tel. (214) 670-3519

### CERTIFICATE OF CONFERENCE

On December 11, 2017, I conferred with Charles Estee, counsel for defendants, and he states that the City is unopposed to Plaintiffs' Motion to Withdraw and Substitute Counsel.

/s/ David D. Vandenberg

Attorney for Plaintiffs