IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HIRAM PATTERSON and TEXAS DIVISION, SONS OF CONFEDERATE VETERANS, INC., | § § § § | |
| Plaintiffs, | § § | Civil Action No. 3:17-CV-2361-D |
| VS. | § § | |
| MIKE RAWLINGS, In His Official Capacity as Mayor of the City of Dallas, et al., | § § § § | |
| Defendants. | § | |

## **ORDER**

Having considered the parties' December 7, 2017 joint report regarding proposed scheduling order, the court has decided to defer entering a scheduling order until after it decides the pending motions to dismiss.

**SO ORDERED**.

December 20, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE